IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | No. C 13-0480 CW (PR) |
|     Petitioner, | JUDGMENT |
|   v. | |
| SUPERIOR COURT, | |
|     Respondent. | |

    For the reasons discussed in the Court's Order of today's date, judgment is hereby entered dismissing the petition for a writ of habeas corpus without prejudice.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 2/28/2013

CLAUDIA WILKEN
United States District Judge